*Wednesday, May 31, 1995*

## MERIT DOCKET

**95–350.** State ex rel. Gillen v. Schotten. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–373.** Smith v. Ross Corr. Inst. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–674.** Leal v. Lucas Cty. Domestic Relations Court. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., not participating.

**95–725.** State ex rel. Waites v. Ford. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–756.** State ex rel. Cuttiford v. Hocking Corr. Facility, Records Office. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.